UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------x
UNITED STATES OF AMERICA

                                                Criminal Case 09-44

        -against-

                                                ORDER

SOHIE UBER,
        Defendant
-------------------------------------------------------x

        The defendant SOPHUE UBER was arrested on or about January 26, 2009. At the time of Ms. Uber's arrest she surrendered her US Passport to the Pre trial services Office as a condition of release.

        On June 10, 2010 the defendant was sentenced to a term of 4 years of probation.

        In order for Pre trial Services to return the Passport to Ms. Uber, an order of this Court is required.

        **ORDERED** that the US Passport of the defendant SOPHIE UBER presently in the possession of Pre trial services or its representative of designee is to be returned to the defendant forthwith.

June 16, 2010

                                                        USDJ